*Prepared and submitted by:*

W. Wade Arnold (Texas Bar No. 00783561) *Admitted Pro Hac Vice*
Matt W. Sherwood (Texas Bar No. 24066063) *Admitted Pro Hac Vice*
**UNDERWOOD LAW FIRM, P.C.**
P. O. Box 9158
Amarillo, TX 79105-9158
Telephone (806) 376-5613
Facsimile (806) 379-0316
Email: wwa@uwlaw.com
       matt.sherwood@uwlaw.com

**Jonathan A. Dibble**
RAY QUINNEY & NEBEKER (SLC)
36 S STATE ST STE 1400
PO BOX 45385
SALT LAKE CITY, UT 84145-0385
Telephone (801)532-1500
Email: **jdibble@rqn.com**

*Attorneys for Defendants*

FILED
U.S. DISTRICT COURT
2014 JUN -3  A 11: 49
DISTRICT OF UTAH
_____
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| EDWARD ALLAN BUCK,<br><br>    Plaintiff,<br><br>vs.<br><br>AMERICAN QUARTER HORSE ASSOCIATION,<br><br>    Defendant. | **ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM AND ORDER DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, MOTION TO STRIKE AND MOTION FOR SANCTIONS**<br><br>Case No. 2:13-cv-00965BJS<br><br>Judge Bruce S. Jenkins |

Came on to be heard on 13th day of May, 2014 the following Motions; (a) Defendant's Motion to Dismiss Plaintiff's Amended Complaint for Failure to State a Claim; and (b) Plaintiff's Motion for Summary Judgment; and (c) Plaintiff's Motion for Sanctions; and (d) Plaintiff's Motion to Strike. Plaintiff appeared in person. Defendant appeared by and through its counsel of record Mr. W. Wade Arnold and Mr. Jonathan Dibble  The Court, having considered the matters hereby GRANTS Defendant's Motion and DENIES each of Plaintiff's Motions.

IT IS HEREBY ORDERED that Defendants' Motion to Dismiss Plaintiff's Amended Complaint for Failure to State a Claim is GRANTED with prejudice and that Plaintiff's Motion for Summary Judgment, Motion for Sanctions and Motion to Strike are each DENIED.

DATED this 3rd day of June 2014.

BY THE COURT

_____
Judge Bruce Jenkins